UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Derian Douglas Hickman,              )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )     Civil Action No.  09 0359
                                     )
Washington DC Public Library's,      )
                                     )
        Defendant.                   )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this _6_ day

of February 2009,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is

GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice as frivolous. This

is a final appealable Order.

Ellen S Huvelle
United States District Judge

/N/